**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR NAVIA FLORES,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondent. | NO. CV 06-1443 GAF (FMO)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

    Petitioner filed a "Petition For Writ Of Habeas Corpus By A Person In State Custody" ("Petition") pursuant to 28 U.S.C. § 2254 on March 8, 2006. On November 21, 2007, Magistrate Judge Rayburn issued a Report and Recommendation, recommending that the Petition be denied and the action dismissed with prejudice. On May 8, 2008, after petitioner filed Objections to Judge Rayburn's Report and Recommendation, Judge Rayburn issued a Final Report and Recommendation ("Final R&R"), recommending that the Petition be denied and the action dismissed with prejudice.

    On May 20, 2008, the Court stayed this case pending the Ninth Circuit's conclusion of en banc proceedings in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008). See Hayward v. Marshall, 527 F.3d 797 (9th Cir. 2008). Although the Court stayed this matter as of May 20, 2008, petitioner filed Objections to the Final R&R on June 11, 2008. On April 22, 2010, the Ninth Circuit issued its en banc decision. See Hayward v. Marshall, No. 06-55392, 2010 WL 1664977 (9th Cir. 2010).

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Final Report and Recommendation, and the Objections to the Final Report and Recommendation. In addition, the Court has reviewed the Ninth Circuit's en banc decision in Hayward. Having made a de novo determination of the portions of the Final Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: May 28, 2010.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE