# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR NAVIA FLORES, | ) | NO. CV 06-1443 GAF (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 28, 2010.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE